## WILLIAM G. TAYLOR *versus* LUTHER PARKER

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Motion for bail or procedendo *p. 330; (2) time for filing declaration extended *p. 360; (3) motion to dismiss granted *p. 433.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.

*1822–23 Calendar*, MS p. 66.